*HELLER & EDWARDS*
Lawrence E. Heller, Esq. - Bar No. 69770
lheller@hellerandedwards.com
Mark L. Edwards, Esq. - Bar No. 117929
medwards@hellerandedwards.com
9454 Wilshire Boulevard, Suite 500
BEVERLY HILLS CA 90212-2982
Telephone:    (310) 550-8833
Facsimile:    (310) 858-6637

Attorneys for Plaintiff CoolSystems, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOLSYSTEMS, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GPE, LLC, a Texas limited liability company dba GLOBAL PARTS ENTERPRISES; GARY CHUI, an individual and dba GLOBAL PARTS ENTERPRISES; BLUE CRYSTAL INDUSTRIAL CO., LTD. dba BCI LTD., a Chinese corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | USDC Case No.:  CV 12-8188 PA (MANx)<br><br>Complaint Filed: 9/21/12<br><br>ORDER RE: STIPULATED PERMANENT INJUNCTION |

　　　　Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that defendants, GPE, LLC, a Texas limited liability company dba GLOBAL PARTS ENTERPRISES; GARY CHUI, an individual and dba GLOBAL PARTS ENTERPRISES, along with Defendants' agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with Defendants, shall be and are hereby are **PERMANENTLY ENJOINED** and restrained from:

　　　　(a) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying; or

1  making any infringing use or infringing distribution of a mechanical compression cryotherapy
2  system ("the System") used to treat human and equine injuries requiring ice and compression
3  under the name Show Ready, or under any other name which is confusingly similar to Plaintiff
4  Cool Systems' registered trademark name of "Game Ready;

5  (b) using any false designation of origin or false description, as defined by the Lanham
6  Act at 15 U.S.C. ' 1125 et seq., which can or is likely to lead the trade or public or individuals
7  to erroneously believe that the Defendants' System has been manufactured, produced,
8  distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored,
9  approved, or authorized by or for Plaintiff CoolSystems, when such is not true in fact;

10  (c) using any names, logos, or other variations thereof of any of Plaintiff CoolSystems'
11  trademark-protected system in any of Defendants' trade or corporate names;

12  (d) engaging in any other activity constituting an infringement of Plaintiff CoolSystems'
13  Game Ready trademark, or constituting any dilution of Plaintiff's name, reputation, or goodwill;

14  (e) knowingly assisting, aiding, or abetting any other person or business entity in
15  engaging in or performing any of the activities referred to in paragraphs (a) through (d) above.

16  The foregoing injunction will not preclude Defendants from, either directly or through
17  its distributors, selling, assigning, consigning, loaning or otherwise transferring any products
18  bearing the Show Ready name that are in Defendants' possession, custody or control as of the
19  Effective Date of the accompanying Settlement Agreement and Mutual Release during the
20  Phase-Out Period defined, and as more particularly described, in Paragraph 2 of the said
21  Settlement Agreement.

22  **IT IS SO ORDERED**.

23

24  DATED: November _14__, 2012.   _____
25                                  Hon. Percy Anderson, Judge Presiding
                                    United States District Court
26
27
28

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 9454 Wilshire Boulevard, Fifth Floor, Beverly Hills, California, and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On November 14, 2012, I served the foregoing document described as

***ORDER RE: PERMANENT INJUNCTION***

on all interested parties in this action by placing a true and correct copy of the document in a sealed envelope addressed as follows:

Zachary W. Hilton, Esq.
hilton@cclaw.com
***CARSTEN & CAHOON, LLP***
13760 Noel Road, Suite 900
DALLAS TX 75240

☒ **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) by _____ Messenger Service. Delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused the above-referenced document to be delivered to _____ for overnight courier service to the addressee(s).

☒ **BY ELECTRONIC MAIL (email)** as follows: Based on a court order or an agreement of the parties to accept service by electronic transmission, I transmitted the above-referenced document by electronic mail at the e-mail addresses indicated in the Proof of Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY FACSIMILE TRANSMISSION** as follows: I transmitted the above document by facsimile to its intended recipient(s) at the facsimile number indicated above or in the attached Proof of Service List.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 14, 2012, at Beverly Hills, California.

_____
Cora Mayrina